ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

CHRIS KALTSAS (NYBN 5460902)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: 415.436.7200
    Fax: 415.436.7234
    Email: chris.kaltsas2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:23-CV-03237-LB |
| Plaintiff, | **REQUEST FOR CLERK TO ENTER DEFAULT** |
| v. | |
| APPROXIMATELY 10 BITCOINS FROM DEPOSIT ADDRESSES HELD AT THE OKX CRYPTOCURRENCY EXCHANGE, | |
| Defendant. | |

    The United States of America, through its undersigned counsel, respectfully requests the Clerk of the Court to enter a default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Rules 6-1 and 6-2 of the Admiralty and Maritime Local Rules because proper notice of the forfeiture action has been provided and no claim for the seized property has been filed by any individual or entity.

    **I.    Background and Basis for Entry of Default**

    On June 29, 2023, the United States filed a Verified Complaint for Forfeiture in this in rem civil forfeiture action seeking forfeiture of approximately 10 Bitcoins from the deposit addressed held at the OKX Cryptocurrency Exchange addresses ending in LJBC; o2Lc; TA77; hvDx; and sfh8 (the

1  "Defendant Property"). The government seeks to forfeit the Defendant Property as property
2  constituting, or traceable to, a violation of Title 18, United States Code, Section 1956; as property
3  constituting, or traceable to, a violation of Title 18, United States Code, Section 1343; and as property
4  involved in a money laundering transaction knowingly designed, in whole or in part, to conceal or
5  disguise the nature, location, source, ownership, or control of the proceeds of a specified unlawful
6  activity, to wit, wire fraud, in violation of Title 18, United States Code, Section 1343, and money
7  laundering, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i). *See* Complaint.
8  Dkt. 1

9  **A.     No Claims Were Filed Following the Government's Notice by Publication**

10      After the government filed the Complaint, it published notice of the action on the official
11  government internet site (www.forfeiture.gov) for 30 consecutive days, beginning July 10, 2023, as
12  required by Rule G of the Federal Rules of Civil Procedure and Rule 6-1 of the Admiralty & Maritime
13  Local Rules of the Northern District of California. Dkt. 11.

14      An individual who receives notice by general publication must first file a claim to the property
15  with the court no later than 60 days after the first date of publication on an official internet government
16  forfeiture site. Fed. R. Civ. P. Supp. G(5)(a)(ii)(A).

17      Sixty days after July 10, 2023, (the first day of publication) is September 8, 2023. Sixty days
18  after August 8, 2023 (the last date of publication) is October 8, 2023. To date, no claims have been filed
19  in this action and no one has otherwise entered this action, and the time to do so has elapsed. *See*
20  *generally United States v. Approximately 10 Bitcoin From Deposit Addresses Held at the OKX*
21  *Cryptocurrency Exchange*, 3:23-CV-03237-LB (N.D. Cal.).

22  **B.     No Claims Were Filed After Notice Was Served Directly Upon Potential Claimants**

23      Supplemental Rule G(4)(b) of the Federal Rules of Civil Procedure requires that the government
24  provide direct notice by service of the Complaint to any person who reasonably appears to be a potential
25  claimant. Fed. R. Civ. P. Supp. G(4)(b)(i); Adm. L.R. 6-1(a)(1)(ii), 6-2(a)(1). Such notice may be sent to
26  the potential claimant or to that person's attorney. Fed. R. Civ. P. Suppl. G(4)(b)(iii)(B). An individual
27  who receives direct notice of a forfeiture action must file a claim with the court within 35 days after the
28  notice of the action. Fed. R. Civ. P. Supp. G(4)(b)(ii)(B), G(5)(a)(ii)(A).

On July 13, 2023, the United States sent notice of this forfeiture action, including the Complaint and Notice, to the last-known addresses of Jennifer Chu and Asia Harvest Inc, both potential claimants, via United States First Class mail delivery and United States Certified Mail delivery. Dkt. 7. Jennifer Chu and Asia Harvest Inc's claim were due by August 17, 2023, which is thirty-five days from July 13, 2023. On July 26, 2023, the United States sent notice of this forfeiture action, including the Complaint and Notice, to the last-known address of Gagan Verma, another potential claimant via International Federal Express delivery. Dkt. 10. Gagan Verman's claim was due on August 30, 2023. To date, the potential claimants have not filed any claim or otherwise entered this action, and the time to do so has elapsed. *See generally Approximately 10 Bitcoin From Deposit Addresses Held at the OKX Cryptocurrency Exchange*, 3:23-CV-03237-LB (N.D. Cal.).

## II. Request to Clerk for Entry of a Default

In this action, no person has filed a claim or otherwise entered this action within the mandatory time limits. Accordingly, the United States requests the Clerk to enter a default. Following entry of a default, the United States will move the court for a default judgment.

## CONCLUSION

Based on the foregoing, the United States respectfully requests that the Clerk to enter a default.

Dated: October 2, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

/s/
CHRIS KALTSAS
Assistant United States Attorney